# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DONALD WEBSTER WELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV408-230 |
| ) | |
| UNNAMED DEFENDANT, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

The Court instructed plaintiff to submit a formal § 1983 complaint within fifteen days of December 8, 2008. (Doc. 4.) A month after that deadline, plaintiff has not complied with the Court's Order. Plaintiff has disobeyed and neglected an order of this Court. Due to his obvious lack of interest in his case and in the interest of avoiding further judicial waste, the Court finds that no sanction less serious than dismissal will suffice. Local Rule 41.1(b); Goforth v. Owens, 766 F.2d 1533 (11th Cir. 1985). Accordingly, plaintiff's case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 26th day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA