FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 FEB 27 AM 11:28

CLERK [signature]
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONALD WEBSTER WELLS,

Plaintiff,

v.

UNNAMED DEFENDANT,

Defendant.

CASE NO. CV408-230

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. This case is **DISMISSED WITHOUT PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 27th day of February, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA